# IN THE SUPREME COURT OF THE STATE OF NEVADA

NORMAN MULLET,
Petitioner,
vs.
BRIAN WILLIAMS, WARDEN,
Respondent.

No. 78164

**FILED**

MAR 06 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original pro se petition for a writ of habeas corpus. We decline to exercise our original jurisdiction in this matter. *See* NRAP 22 ("An application for an original writ of habeas corpus should be made to the appropriate district court."); *see also Zobrist v. Sheriff, Carson City*, 96 Nev. 625, 626, 614 P.2d 538, 539 (1980) (indicating this court has discretion to decide whether to entertain an original petition for a writ of habeas corpus and that such petitions raising questions of fact should be considered "by a tribunal equipped to handle that task"). Accordingly, without reaching the merit of any claims raised, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

19- 10058

cc: Norman Mullet
Attorney General/Carson City

SUPREME COURT
OF
NEVADA

(O) 1947A

2